UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ANTONIO SANTIESTEBAN DURAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION CENTER, et al.,<br><br>Respondents. | No. 1:26-cv-04854-DJC-CKD<br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondents filed objections to the findings and recommendations; Petitioner filed a response to the objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully

reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 18) are adopted in full.

2. Petitioner's First Amended Petition for a Writ of Habeas Corpus is GRANTED;

3. The Executive Office of Immigration Review is ordered to, within seven (7) days, provide Petitioner with a Constitutionally adequate bond hearing the result of which would be release unless the government can show by clear and convincing evidence that Petitioner is either a danger to the community, or presents an unacceptable flight risk; and

4. This case is CLOSED.

IT IS SO ORDERED.

Dated: **October 7, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/dura4854.805.hc.2241.imm